## WALTON v WILKINS

Ohio Appeals, 2nd Dist, Franklin Co

No 2233. Decided April 21, 1933

N. L. Greenlee, Columbus, for plaintiff in error.

W. E. Bigony, Columbus, for defendant in error.

## OPINION

By THE COURT

Submitted on application of defendant in error for rehearing.

We have examined the case to which our attention has been directed, namely, **Jus-**

tina Gardner v Hengehold, 6 O.D. (Reprint), 997. We do not find that the law of this case, so far as it was required to be enunciated by the facts, is in conflict with our decision. We do not believe that the doctrine of merger has such application to the facts in this case as to prevent Walton from asserting his defense against Wilkins.

The application for rehearing will therefore be overruled.

HORNBECK, PJ, KUNKLE and BARNES, JJ.